UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| CAMBRIA COMPANY LLC,<br><br>     Plaintiff,<br><br>v.<br><br>MOHAWK INDUSTRIES, INC., DAL-TILE LLC,<br><br>     Defendants. | Civil Action No. 7:25-cv-00583<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANTS' FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants Mohawk Industries, Inc. and Dal-Tile LLC ("Defendants"), by and through their undersigned counsel, file this unopposed motion for extension of time to answer or otherwise respond to Plaintiff Cambria Company LLC's Complaint (ECF No. 1).

Defendants were served on December 24, 2025, which makes January 14, 2026 Defendants' deadline to answer or otherwise respond to the Complaint. (Fed. R. Civ. P. 12(a)(1)(A)(i)).

Defendants respectfully request that the deadline to answer or otherwise respond to the Complaint be extended by thirty (30) days to **February 13, 2026**. Good cause exists for the requested extension as Defendants were only recently served and require time to investigate the allegations in the Complaint. Plaintiff's counsel Eimeric Reig-Plessis confirmed via voicemail to Defendants' counsel on January 7, 2026 that Plaintiff does not oppose the requested extension.

Accordingly, Defendants respectfully request that the Court issue the attached proposed order extending Defendants' time to answer or otherwise respond to Plaintiffs' Complaint to February 13, 2026.

| | |
|---|---|
| Dated: January 12, 2026 | Respectfully submitted,<br><br>By: /s/ Brady Cox<br>Brady Cox (TX Bar No. 24074084)<br>ALSTON & BIRD LLP<br>2200 Ross Avenue, Suite 2300<br>Dallas, TX 75201<br>Phone: 214.922.3400<br>Email: brady.cox@alston.com<br><br>*Counsel for Defendants Mohawk Industries, Inc. and Dal-Tile LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on January 12, 2026.

/s/ Brady Cox
Brady Cox

2