UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| CAMBRIA COMPANY LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MOHAWK INDUSTRIES, INC., DAL-TILE LLC,<br><br>    Defendants. | Civil Action No. 7:25-cv-00583<br><br>**JURY TRIAL DEMANDED** |

**JOINT STIPULATION TO STAY DISTRICT COURT CASE PENDING RESOLUTION OF PROCEEDINGS AT THE INTERNATIONAL TRADE COMMISSION**

Plaintiff Cambria Company LLC ("Plaintiff") and Defendants Mohawk Industries, Inc. and Dal-Tile LLC ("Defendants"), hereby jointly stipulate, subject to the approval of the Court, to stay this civil action in its entirety until a parallel proceeding before the United States International Trade Commission ("ITC") becomes final, including all appeals.

On December 19, 2025, Plaintiff filed this civil action against Defendants, asserting infringement of U.S. Patent Nos. 10,195,762 ("the '762 Patent"), 10,252,440 ("the '440 Patent"), and 12,370,718 ("the '718 Patent") (collectively, "the Asserted Patents").

On that same date, Plaintiff also filed a complaint with the ITC under Section 337 of the Tariff Act of 1930, alleging that Defendants have infringed the same Asserted Patents.

On January 23, 2026, the ITC issued a Notice of Institution of Investigation for an investigation entitled: *In the Matter of Certain Processed Slabs and Methods for Making Same*, Inv. No. 337-TA-1482 ("the ITC investigation").

Under 28 U.S.C. § 1659, a stay of this civil action with respect to the Asserted Patents is mandatory because: (i) the defendants in this civil action are also named as respondents in the ITC

1

investigation; (ii) this civil action involves allegations of infringement of the same '762, '440, and '718 patents at issue in the ITC investigation; (iii) the accused products identified in the ITC investigation have been accused of infringement in this case; and (iv) this request for a stay is timely (within 30 days of the January 23, 2026, Notice of Institution of Investigation).

Therefore, the parties respectfully request the Court stay this civil action in its entirety until thirty (30) days after the determination of the ITC becomes final under 28 U.S.C. § 1659, including any appeals. The parties further stipulate that Defendants' deadline to answer or otherwise respond to the Complaint in this Action will also be stayed pending the Court's ruling on this stipulation.

Respectfully submitted,

Dated: February 9, 2026

By: */s/ Eimeric Reig-Plessis*
M. Brett Johnson
Texas State Bar No. 00790975
2121 N. Pearl Street
Dallas, TX 75201
Tel.: (214) 453-6416
Fax: (214) 453-6400
Email: mbjohnson@winston.com

Kathi Vidal (*pro hac vice* forthcoming)
1901 L Street NW
Washington, DC 20036
Tel.: (202) 282-5000
Fax: (202) 282-5100
Email: kvidal@winston.com

Eimeric Reig-Plessis
101 California Street
San Francisco, CA 94111
Tel.: (415) 591-1000
Fax: (415) 591-1400
Email: ereigplessis@winston.com

*Counsel for Plaintiff Cambria Company LLC*

Respectfully submitted,

By: */s/ Brady Cox*
Brady Cox (TX Bar No. 24074084)
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Phone: 214.922.3400
Email: *brady.cox@alston.com*

*Counsel for Defendants Mohawk Industries, Inc. and Dal-Tile LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on February 9, 2026.

                                      */s/ Brady Cox*
                                      Brady Cox