IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **CAMBRIA COMPANY LLC,** | § | |
| *Plaintiff,* | § | |
| v. | § | CASE NO. 7:25-CV-00583-DC-DTG |
| **MOHAWK INDUSTRIES, INC. et al,** | § | |
| *Defendant,* | § | |

### ORDER GRANTING JOINT MOTION TO STAY (DKT. NO. 12)

Before the Court is the parties' joint motion to stay action until the determination of the United States International Trade Commission proceeding titled *Certain Processed Slabs and Methods for Making Same,* Inv. No. 337-TA-1482 becomes final. Having considered the motion, the Court finds that this motion should be **GRANTED**. It is **ORDERED** that:

1. The above-captioned action is **STAYED**, including all unreached deadlines, until *Certain Processed Slabs and Methods for Making Same,* Inv. No. 337-TA-1482 becomes final.

2. The parties shall submit a joint status report every six (6) months and a motion for status conference within ten (10) calendar days of a final determination in 337-TA-1482.

**SIGNED** this 20th day of February, 2026.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE